IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
November 27, 2012 Session

**IN RE MADILENE G. R.**

**Appeal from the Chancery Court for Rutherford County**
**No. 11CV-579       Robert E. Corlew, III, Judge**

**No. M2012-01178-COA-R3-PT - Filed January 10, 2013**

PATRICIA J. COTTRELL, P.J., M.S., concurring opinion.

**OPINION**

I concur in the reversal of the trial court's termination of Father's parental rights. However, it is my opinion that the Guardians failed to prove by clear and convincing evidence that Father willfully failed to support the child in the four months prior to the filing of the petition. The evidence set out in the majority opinion does not, in my opinion, meet the Constitutionally required standard.

_____
PATRICIA J. COTTRELL, JUDGE